■ FRANK LOMBARDI et al., Respondents, v NEW YORK CITY TRANSIT POLICE DEPARTMENT et al., Appellants.—Order, Supreme Court, Bronx County (Howard Silver, J.), entered on August 26, 1987, unanimously affirmed, without prejudice to renewal after completion of discovery, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Carro, Asch, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN BONILLA, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughln, J.), rendered on June 18, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO DELGADO, Appellant.—Judgment, Supreme Court, Bronx County (Bernard Jackson, J.), rendered on October 28, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch, Kassal and Smith, JJ.

■ In the Matter of PATRICK HENRY DIAMOND, a Suspended Attorney.—Motion for reinstatement as an attorney and counselor-at-law in the State of New York denied, and the matter remanded to the Departmental Disciplinary Committee for the First Judicial Department to hear and report as to the appropriate final sanction to be imposed. Concur—Sandler, J. P., Ross, Carro, Milonas and Ellerin, JJ.